IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 15 PM 4:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DAVID W. BECKER,

    Plaintiff,

VS.                            NO. 00-2666-Ma

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

---

ORDER GRANTING MOTION FOR ATTORNEY FEES

---

Before the court is attorney John Scott Lykins' June 29, 2005, unopposed motion for attorney fees pursuant to 42 U.S.C. § 406(b) in this matter. For good cause shown, the motion is granted. Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, attorney fees are awarded to plaintiff's counsel, John Scott Lykins, in the amount of $15,798.00.

It is so ORDERED this 15th day of July, 2005.

                                       SAMUEL H. MAYS, JR.
                                       UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:00-CV-02666 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Veronica F. Coleman
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John Scott Lykins
LAW OFFICE OF JOHN SCOTT LYKINS
4646 Poplar Ave.
Ste. 202
Memphis, TN 38117

Honorable Samuel Mays
US DISTRICT COURT