IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 21 PM 2:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

DAVID W. BECKER,

    Plaintiff,

VS.                          NO. 00-2666-Ma

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

---

**CORRECTED** ORDER GRANTING MOTION FOR ATTORNEY FEES

---

On July 15, 2005, the court entered an order granting attorney John Scott Lykins' June 29, 2005, unopposed motion for attorney fees. The July 15, 2005, order is hereby corrected to reflect that the motion was granted pursuant to 42 U.S.C. § 406(b), <u>not</u> 28 U.S.C. § 2412. Attorney fees are awarded to plaintiff's counsel, John Scott Lykins, in the amount of $15,798.00.

It is so ORDERED this 20th day of July, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-22-05

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:00-CV-02666 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

John Scott Lykins
LAW OFFICE OF JOHN SCOTT LYKINS
4646 Poplar Ave.
Ste. 202
Memphis, TN 38117

Veronica F. Coleman
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT